McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED

MAY 16 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
           Plaintiff,            )   MAG. NO. 07-0143 GGH
                                 )
     v.                          )   APPLICATION AND ORDER
                                 )   FOR UNSEALING COMPLAINT
FRANCISCO BUCIO,                 )
                                 )
           Defendant.            )
_____)

On May 14, 2007, the complaint was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint be unsealed.

DATED: May 16, 2007                    Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney

                                       By: /s/ HEIKO P. COPPOLA
                                       HEIKO P. COPPOLA
                                       Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: May 16, 2007                    **GREGORY G. HOLLOWS**
                                       HON. GREGORY G. HOLLOWS
                                       U.S. Magistrate Judge

1